NUMBER 13-06-604-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________


NOE SOSA, Appellant,


v.



ENRIQUE TREVINO AND SYLVIA 

TREVINO D/B/A S. L. & COMPANY, Appellees.

_______________________________________________________


On appeal from the 357th District Court


of Willacy County, Texas.


_______________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Benavides, and Vela


Memorandum Opinion Per Curiam



 Appellant, NOE SOSA, attempted to perfect an appeal from a judgment entered by
the 357th District Court of Willacy County, Texas, in cause no. 04-302. Upon review of the
notice of appeal, it appeared that the notice of appeal failed to comply with the rules of
appellate procedure. Appellant was given notice of this defect on October 27, 2006, and
was directed to file an amended notice of appeal within thirty days from the date of receipt
of said notice. Appellant failed to file such amended notice of appeal within the period
given. On December 14, 2006, notice was given pursuant to Tex. R. App. P. 42.3 that, if
the defect was not corrected within ten days from the date of receipt of this Court's notice,
the appeal would be dismissed. To date, appellant has failed to correct the defect or
otherwise respond or show grounds for continuing the appeal.

 The Court, having considered the documents on file and appellant's failure to
respond to this Court's notice, is of the opinion that the appeal should be dismissed. The
appeal is hereby DISMISSED.

 PER CURIAM


Memorandum Opinion delivered and 

filed this the 12th day of July, 2007.